

**ORIGINAL**

DEVIN DERHAM-BURK #104353
CHAPTER 13 STANDING TRUSTEE
P O BOX 50013
SAN JOSE, CA 95150-0013

Telephone: (408) 354-4413
Facsimile: (408) 354-5513

Trustee for Debtors

**FILED**
OCT 19 2011
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

In Re: ) Chapter 13
)
MAJEED NOVBAKHTIAN ) Case No. 04-54758 SLJ
)
AZAM NOVBAKHTIAN ) **NOTICE OF UNCLAIMED DIVIDEND**
)
Debtors )
)

The final dividend to Debtors, MAJEED NOVBAKHTIAN & AZAM NOVBAKHTIAN in the above entitled matter was returned marked: RETURN TO SENDER - NOT DELIVERABLE AS ADDRESSED - UNABLE TO FORWARD

It appearing to the Court that a reasonable effort was made to locate the Debtors, and good cause appearing therefore,

IT IS REQUESTED that DEVIN DERHAM-BURK herein forthwith pay over to the Clerk of the above entitled Court, the sum of $100.99 as an unclaimed dividend.

MAJEED NOVBAKHTIAN
AZAM NOVBAKHTIAN
*MAIL RTD ON 7/19/11
10415 HENEY CREEK PL
CUPERTINO, CA 95014

Dated: October 17, 2011

_____
DEVIN DERHAM-BURK, TRUSTEE

**CHAPTER 13 TRUSTEE**
P.O. BOX 50013
SAN JOSE, CA 95150-0013

**ADDRESS SERVICE REQUESTED**




$ 00.44
JUL 13 2011
MAILED FROM ZIPCODE 95503

NIXIE        951  DC  1         00  07/18/11
         RETURN TO SENDER
     NOT DELIVERABLE AS ADDRESSED
         UNABLE TO FORWARD
BC: 95150001313   *2755-04295-19-41

MAJEED NOVBAKHTIAN
AZAM NOVBAKHTIAN
10415 HENEY CREEK PL
CUPERTINO, CA 95014

Case: 04-54758    Doc# 104    Filed: 10/19/11    Entered: 10/31/11 16:43:44    Page 2 of 2